290074

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   08-16467-BKC-AJC
WILFREDO FALCON
CHEYLA MEDINA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

MAY 2 6 2011

OR

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $ 4,174.18  remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case.  Your trustee
      has made a good faith effort to verify the correct mailing
      address for said debtor(s)/Creditor(s) and deliver the funds
      before presenting this notice.  More than sufficient time has
      passed for these checks to be presented for payment, or the
      creditor has returned funds  indicating they refuse the funds.

( )  The trustee has a balance of $    .00    remaining in her bank
     account which represents small dividends as defined by FRBP
     3010.

          Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

          WHEREFORE,  your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date: _____ MAY 2 5 2011 _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

WILFREDO FALCON
CHEYLA MEDINA
17621 NW 61 CT
HIALEAH, FL 33015

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

AMERICAN HOME MTG
POB 631730
IRVING, TX 75063-1730

AMERICAN HOME MTG
POB 631730
IRVING, TX 75063-1730

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   08-16467-BKC-AJC
WILFREDO FALCON
CHEYLA MEDINA

                                    CHAPTER 13


WILFREDO FALCON
CHEYLA MEDINA
17621 NW 61 CT
HIALEAH, FL 33015


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


AMERICAN HOME MTG          ---------$        3,132.39
POB 631730                                   RETURNED FROM CREDITOR
IRVING, TX 75063-1730                        BECAUSE CASE DISMISSED
                                             CLAIM REGISTER # 5-1

AMERICAN HOME MTG          ---------$        1,041.79
POB 631730
IRVING, TX 75063-1730                        RETURNED FROM CREDITOR
                                             BECAUSE CASE DISMISSED
U.S. Trustee                                 CLAIM REGISTER # 5-1
51 S.W. 1st Avenue
Miami, Florida 33130